■ DRURY L. SCHOONHEIM v. LAMBERTUS R. P. SCHOONHEIM.— Motion for a stay denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ M. W. ZACK METAL COMPANY v. FEDERAL INSURANCE COMPANY (SS SEVERN RIVER).— Motion for reargument denied, but motion for leave to appeal to the Court of Appeals granted to the extent of certifying the following question: "Upon the record herein is the plaintiff-appellant entitled to summary judgment pursuant to rule 113 of the Rules of Civil Practice?" Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ In the Matter of TUDOR CITY FIFTH UNIT, INC., et al. v. FRED F. FRENCH INVESTING COMPANY, INC.— Motion for leave to reargue denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between NORMA BRILL and MULLER BROTHERS, INC.— Motion for leave to reargue and for other relief denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ In the Matter of HARRY WEINTRAUB v. DEPARTMENT OF LABOR OF THE STATE OF NEW YORK.— Motion to dismiss proceeding granted. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of the Accounting of ARTHUR KATZ et al. FRED A. AMMOND.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.